UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:24-cv-3370-SB-PDx                                          Date.  April 30, 2025

Title      *Eric Pearson v. The Cincinnati Insurance Co., et al.,*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):        Order Continuing OSC Hearing**

   On April 29, 2025, Plaintiff filed "Plaintiff's Response to Defendant's April 21, 2025 and April 29, 2025 Supplemental Briefs (Dkts. 114 and 124)". [Dkt. No. 125.]  Plaintiff requests that the Order to Show Cause ("OSC") Hearing currently set for May 2, 2025 at 9:30 a.m. be vacated or, in the alternative, rescheduled because Plaintiff's counsel is scheduled to speak at a conference in Costa Mesa, California, on May 2, 2025 at 9:00 am.  [Id.] Counsel states that his presentation has been on his calendar since before the OSC was issued.  [Id.]

   To date, the Court has not received Plaintiff's privilege logs and withheld documents on thumb drives regarding documents from Solutions by Simmons and NKSFB, ordered by the Court on April 11 and 18, 2025.  [*See* Dkt. Nos. 105, 113.]  Plaintiff has not complied with the April 11 or the April 18 Orders.  Accordingly, the OSC will not be vacated.

   To "secure the just, speedy and inexpensive determination" of these discovery disputes, *see* Fed. R. Civ. P. 1, the Court grants Plaintiff's request to continue the OSC hearing date.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-3370-SB-PDx          Date. April 30, 2025

Title      _Eric Pearson v. The Cincinnati Insurance Co., et al.,_

    The hearing on the Order to Show Cause is continued to **May 9, 2025 at 9:30 a.m. in Courtroom 580** of the Roybal Federal Courthouse.

    At the hearing, Counsel for Plaintiff will inform the Court whether any document responsive to the Subpoenas at issue here [*See* Dkt. Nos. 39-2, 62] have been withheld from production to Cincinnati based on the attorney-client privilege and/or the attorney work product doctrine.  For any document withheld, Plaintiff will bring to the hearing copies of the withheld document with and without redactions and he will provide them to the Court.

    IT IS SO ORDERED.