JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PEARSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CINCINNATI INSURANCE COMPANY,<br><br>          Defendant. | Case No. 2:24-cv-03370-SB-PD<br><br>ORDER OF DISMISSAL |

     The Cincinnati Insurance Company (Cincinnati) and Matthew Simmons and Solutions by Simmons, LLC (Simmons) filed a notice of settlement on October 15, 2025. They represent that they will finalize the settlement within 28 days and request that the October 17 hearings on Cincinnati's motion for leave to amend and Simmons's motion for summary judgment (Motions) be continued to November 14. The Court will essentially grant the joint request but implement it differently.

     The October 17 hearings are vacated and this action is dismissed in its entirety without prejudice. The Court expects the parties to finalize their settlement by no later than November 12, and the Court retains jurisdiction until then to vacate this order and reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on November 13, absent a request to vacate and reopen by 9:00 a.m. on November 12. If the case is reopened, the parties shall appear on November 14 at 8:30 a.m. in Courtroom 6C for the hearings on the Motions, and the case will proceed for all purposes as if it had not been dismissed.

Date: October 16, 2025

                                            Stanley Blumenfeld, Jr.
                                           United States District Judge